

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2022

No. 04-20-00599-CV

**IN THE MATTER OF THE MARRIAGE OF CARLOS Y. BENAVIDES, JR. AND LETICIA R. BENAVIDES**,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011-PB6-000081-L2-A
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
                 Beth Watkins, Justice
                 Lori I. Valenzuela, Justice

In this appeal, appellant raised numerous issues challenging six partial summary judgments. On February 24, 2022, this court heard oral arguments on two of appellant's issues.

Prior to submission of this appeal, this court issued an opinion in another appeal involving the same parties. *See Benavides v. Alexander*, No. 04-19-00318-CV, 2021 WL 5088742 (Tex. App.—San Antonio Nov. 3, 2021, pet. filed). After we issued our opinion, the appellant filed a petition for review with the Texas Supreme Court. *See Leticia Benavides v. Cristina B. Alexander, as Permanent Guardian of the Person of Carlos Y. Benavides, Jr.; et al.*; No. 22-0173 (Tex.). The appellees filed notice they did not intend to file a response unless requested to do so.

Because the Texas Supreme Court's resolution of some of the issues in *Benavides v. Alexander* may have an impact on the present appeal, we ABATE this appeal until the Supreme Court resolves *Benavides v. Alexander*. The submission date of February 24, 2022 is WITHDRAWN. After the Supreme Court resolves *Benavides v. Alexander,* we will reinstate this appeal on our own motion.

FILE COPY

It is so on **ORDERED** May 18, 2022.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT